IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00105-GPG

ANDREW LYNN JOHNSON,

    Plaintiff,

v.

JOE PELLE, Boulder County Sheriff,
BRUCE HASS, Chief,
REVADA FARNSWORTH, Head Nurse,
DOUG CAVEN, Commander,
SUE YANKOVICH, Sergeant,
TIMOTHY OLIVERIA, Sergeant,
JOHN GOODRICK, Sergeant,
E. A. MARTINEZ, Sergeant,
THOMAS GROFF, Sergeant,
GREGORY CLEM, Deputy,
CHRISTIAN BERRINGER, Deputy,
MARTINE KIRK, Deputy,
ADAM LUNN, Deputy,
CHAD PALMER, Deputy,
T. SOOLE, Deputy,
CATS, Deputy,
ANTHONY KNIGHT, Deputy,
MICHAEL ANASTOS, Deputy,
AARON, Librarian

    Defendants.

---

ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

    Plaintiff Andrew Lynn Johnson currently is detained at the Boulder County Detention Facility in Boulder, Colorado.  Pursuant to the Court's Order to Cure, ECF No. 5, Plaintiff filed a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  The Prisoner's Motion and Affidavit for Leave to

Proceed Pursuant to 28 U.S.C. § 1915 will be granted. Based on the information about his financial status, which indicates Plaintiff has had a negative balance available to him since he was booked into the detention facility on October 23, 2014, the Court finds that Plaintiff is unable to pay an initial partial filing fee pursuant to § 1915(b)(1).

Title 28 U.S.C. § 1915 requires a prisoner bringing a civil action "to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). If a prisoner is unable to afford the full amount of the filing fee when the case is filed, the statute provides for payment of the filing fee through an initial partial filing fee and monthly installments of the balance until the full filing fee is paid. However, "[i]n no event shall a prisoner be prohibited from bringing a civil action or appealing a civil or criminal judgment for the reason that the prisoner has no assets and no means by which to pay the initial partial filing fee." 28 U.S.C. § 1915(b)(4).

Plaintiff may proceed in this action without payment of an initial partial filing fee. However, although he need not pay an initial partial filing fee, Plaintiff remains obligated to pay the required $350.00 filing fee through monthly installments regardless of the outcome of this action. Plaintiff has consented to disbursement of partial payments of the filing fee from his prison account. Accordingly, it is

ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, ECF No. 6, is granted. It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a 42 U.S.C. § 1983 Action, ECF No. 1, is denied as moot. It is

FURTHER ORDERED that Plaintiff may proceed in this action without payment

of an initial partial filing fee.  It is

FURTHER ORDERED that Plaintiff's custodian shall disburse from Plaintiff's prison account monthly payments of 20 percent of the preceding month's income credited to this prison account until Plaintiff has paid the total filing fee of $350.  *See* 28 U.S.C. §1915(b)(2).  Interference by Plaintiff in the submission of these funds will result in the dismissal of this action.  It is

FURTHER ORDERED that Plaintiff is advised that notwithstanding any filing fee, or any portion thereof, that may have been paid, the Court shall dismiss at any time all or any part of such complaint which (1) is frivolous or malicious; (2) fails to state a claim on which relief can be granted; or (3) seeks monetary relief from a defendant who is immune from such relief.  *See* 28 U.S.C. §1915(A)(b); 28 U.S.C. § 1915(e)(2).  It is

FURTHER ORDERED that Plaintiff's custodian shall continue to disburse monthly payments from Plaintiff's account until full payment of the filing fee has been paid to the Court, even after disposition of the case and regardless of whether relief is granted or denied.  It is

FURTHER ORDERED that the Clerk of the Court shall not issue process until further order of the Court.  It is

FURTHER ORDERED that the Clerk of the Court shall send a copy of this Order to the Business Office, Att: Inmate Accounts, at the Boulder County Jail in Boulder, Colorado.   It is

FURTHER ORDERED that all other pending motions, ECF Nos. 7, 8, and 9, are denied as premature.

DATED February 18, 2015, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge