IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00105-GPG

ANDREW LYNN JOHNSON,

    Plaintiff,

v.

JOE PELLE, Boulder County Sheriff,
BRUCE HASS, Chief,
REVADA FARNSWORTH, Head Nurse,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.CivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a **presiding** judge, and when applicable to a **magistrate** judge, D.C.COLO.LCivR 40.1(a). Accordingly, it is

**ORDERED** that this case shall be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.

DATED May 16, 2015, at Denver, Colorado.

    BY THE COURT:

    s/ Gordon P. Gallagher

    Gordon P. Gallagher
    United States Magistrate Judge