IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00105-MEH

ANDREW LYNN JOHNSON,

      Plaintiff,

v.

JOE PELLE,
REVADA FARNSWORTH, and
BRUCE HAAS,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 17, 2015.**

      Before the Court is Defendants' Motion to Clarify Minute Order Setting Scheduling Conference [Doc. No 23] [filed June 16, 2015; docket #34]. The Court **grants** this motion, apologizes for the confusion, and **vacates** the Minute Order at docket #23.

      Further, the Court hereby orders that a Preliminary Scheduling/Status Conference is set in this case on **July 23, 2015,** at **10:00 a.m.,** in the Alfred A. Arraj U.S. Courthouse, Courtroom A-501, 901 19th Street, Denver, Colorado.

      Plaintiff shall participate in this conference by telephone. Plaintiff and his case manager, or a representative of the facility, shall contact the Court at (303) 844-4507 on the above date and time in order to participate.

      Counsel whose offices are located outside of the Denver metropolitan area may appear at the scheduling conference by telephone. Please contact Chambers at (303) 844-4507 to arrange appearance by telephone.

      The parties need not comply with the requirements of Fed. R. Civ. P. 16 and D.C. COLO. LCivR 16.2 and 26.1. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing any motions, and what discovery, if any, will be needed. No discovery shall be submitted until after the preliminary scheduling/status conference, unless otherwise ordered or directed by the district judge in this case.

      **In addition to notice of filing of this Minute Order being provided to the parties, it is ORDERED that the office of the Clerk shall mail a copy of this Minute Order to the following**:

CASE MANAGER FOR
Andrew Lynn Johnson
Boulder County Jail
3200 Airport Road
Boulder, CO 80301-2226