IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00105-MSK-MEH

ANDREW LYNN JOHNSON,

    Plaintiff,

v.

JOE PELLE,
REVADA FARNSWORTH, and
BRUCE HAAS,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 21, 2015.**

    Plaintiff's [Motion] for Leave to Amend Complaint [filed October 19, 2015; docket #55] is **denied without prejudice**. So that the Court may determine whether justice requires any requested amendments pursuant to Fed. R. Civ. P. 15(a), a party must file a proposed amended complaint with his motion for the Court's review. Therefore, if the Plaintiff wishes to re-file his motion, he must attach a copy of a proposed Second Amended Complaint to the motion.