IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00105-MEH

ANDREW LYNN JOHNSON,

    Plaintiff,

v.

JOE PELLE,
REVADA FARNSWORTH, and
BRUCE HAAS,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 11, 2015.**

    Plaintiff's Motion to Compel Legal Access [filed December 9, 2015; docket #69], is **denied** for the same reasons the Court articulated in its previous Minute Order dated July 16, 2015 [*see* docket #44].